# WALSTON CROSS

ATTORNEYS

December 11, 2009

The Honorable Judge Bernard Zimmerman
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

VIA E-FILE

Re: *Dabney v. City of Hayward* – Case No. 3:09-cv-04116-BZ

Dear Judge Zimmerman,

    Per your Clerk's instructions, we are writing this letter to request a continuance of the Case Management Conference in the above referenced matter, currently scheduled for December 14, 2009, at 4:00 p.m.

    Good cause to grant this request exists because not all parties have yet responded to Plaintiffs' Complaint, and it is currently unknown when all responses will be submitted. Therefore, we respectfully request that the Court continue the Case Management Conference currently scheduled for December 14, 2009, at 4:00 p.m., until a later date that the Court sees fit.

Sincerely,

WALSTON CROSS

Gregory S. Walston
Attorney at Law

The case management conference is continued to January 11, 2010 at 4:00 p.m.

**GRANTED**
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

735 Montgomery Street, Suite 250 • San Francisco, California 94111 • Tel.: (415) 956-9200 • Fax: (415) 956-9205