UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DABNEY, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF HAYWARD, et al., <br><br> Defendant(s). | No.  C09-4116 BZ <br><br> **BRIEFING ORDER** |

Having received defendants' motion to dismiss, **IT IS ORDERED** that any opposition to defendants' motion shall be filed by **JANUARY 20, 2010.**  Any reply shall be filed by **JANUARY 27, 2010.**

Dated: January 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DABNEY V. CITY OF HAYWARD\BRIEFING ORDER.wpd

1