UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DABNEY, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF HAYWARD, et al., <br><br> Defendant(s). | No.  C09-4116 BZ <br><br> **ORDER GRANTING MOTION TO DISMISS** |

    Before the Court is the motion of defendant City of Hayward to dismiss this civil rights complaint on two grounds. Plaintiffs concede their failure to file a state administrative claim and do not oppose dismissal of their state law claims.

    As to the adequacy of the federal claims in the complaint, both sides' briefing is underwhelming.  However, the Court is concerned that the complaint may not meet the pleading requirements of Ashcroft v. Iqbal, ___ U.S. ___, 129 S. Ct. 1937 (2009), particularly as to the moving defendant.  See Monell v. Department of Social Services, 436 U.S. 658, 692-95 (1978).

1

The Court finds no need for argument and **VACATES** the hearing presently scheduled for February 17, 2010. **IT IS ORDERED** that defendant's motion to dismiss is **GRANTED**. The state law claims are dismissed and leave to amend the federal claims is **GRANTED**. Plaintiff shall file an amended complaint by February 22, 2010.

Dated: February 2, 2010

									*Bernard Zimmerman*
									Bernard Zimmerman
									United States Magistrate Judge

G:\BZALL\-BZCASES\DABNEY V. CITY OF HAYWARD\ORDER GRANTING DEF'S MOT TO DISMISS.wpd

2