UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DABNEY, et al., | ) | |
| Plaintiff(s), | ) | No.  C09-4116 BZ |
| v. | ) | **SECOND BRIEFING ORDER** |
| CITY OF HAYWARD, et al., | ) | |
| Defendant(s). | ) | |

Having received defendants' motion to dismiss, **IT IS ORDERED** that any opposition to defendants' motion shall be filed by **APRIL 2, 2010.** Any reply shall be filed by **APRIL 9, 2010.**

Dated: March 16, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DABNEY V. CITY OF HAYWARD\SECOND BRIEFING ORDER.wpd

1