1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  RAFAEL E. ALVARADO JR (SBN 247904)
   Deputy City Attorney
4  CITY OF HAYWARD
   777 B Street, 4th Floor
5  Hayward, California 94541-5007
   Tel: (510) 583-4450
6  Fax: (510) 583-3660

7  Attorneys for Defendant City of Hayward, also sued
   erroneously as the Hayward Police Department
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

| ROBERT DABNEY and BONITA GOODMAN, | ) | Case No:. C09-4116 (BZ) |
|---|---|---|
| Plaintiffs, | ) ) ) ) | STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER AS TO SETTLEMENT CONFERENCE DATE |
| -vs- | ) ) | |
| CITY OF HAYWARD AND HAYWARD POLICE DEPARTMENT and DOES 1-20, INCLUSIVE, | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

20  TO THE COURT:

21  In light of defendant City of Hayward's pending motion to dismiss plaintiffs' amended

22  complaint, currently set for hearing on May 5, 2010 at 10:00 a.m., in Courtroom G, located at

23  450 Golden Gate Avenue, 15th Floor, San Francisco, California, before the Hon. Bernard

24  Zimmerman, the parties, by and through their respective attorneys of record, hereby stipulate to

25  the following:

26      1. That the Settlement Conference scheduled for April 20, 2010 at 10:00 a.m., before

27         the Hon. James Larson be VACATED.

28      SO STIPULATED.

---

Dabney, et al. v. City of Hayward, et al.                      Stipulation re:
USDC Case No. C09-4116 (BZ)                                    Settlement Conference

1
2  DATED:     April 13, 2010           MICHAEL S. LAWSON, City Attorney
3                                              /s/
                                        _____
                                        Rafael E. Alvarado Jr., Deputy City Attorney,
4                                       Attorneys for defendant City of Hayward, also sued
                                        erroneously as the Hayward Police Department
5
6
7  DATED:     April 13, 2010           WALSTON CROSS., P.C.
8                                              /s/
                                        _____
                                        Gregory S. Walston, Esq.,
9                                       Attorneys for Plaintiffs Robert Dabney
                                        and Bonita Goodman
10
11
                                       **ORDER**
12
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
13
14
   DATED:  14/Apr/2010           By _____
15                                       The Honorable Bernard Zimmerman
                                         United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28