1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   ROBERT DABNEY, et al.,          )
                                      )
12              Plaintiff(s),         )      No.  C09-4116 BZ
                                      )
13        v.                          )
                                      )      **SUPPLEMENTAL PRETRIAL ORDER**
14   CITY OF HAYWARD, et al.,         )
                                      )
15              Defendant(s).         )
                                      )
     ─────────────────────────────────

16

17        Following a telephonic conference on January 6, 2011 at

18   which all parties were represented by counsel, **IT IS ORDERED**

19   as follows:

20        1.  By **January 10, 2011**, the parties, in accordance with

21   the trial scheduling order (Docket No. 23), shall file voir

22   dire questions and a joint set of the case specific jury

23   instructions.  Any instructions on which the parties cannot

24   agree may be submitted separately.  Objections to any voir

25   dire questions or separately submitted jury instructions shall

26   be filed by **January 14, 2011.**

27        2.  By **January 10, 2011**, the parties shall also, in

28   accordance with the trial scheduling order (Docket No. 23),

                                    1

1   exchange trial exhibits, agree on and number a joint set of
2   exhibits, and number separately those exhibits to which the
3   parties cannot agree.   The parties shall submit two sets of
4   these marked trial exhibits in three-ring binders.   Any
5   objections to separately submitted exhibits shall be filed by
6   **January 14, 2011**.
7   Dated: January 7, 2011

                              Bernard Zimmerman
9                          United States Magistrate Judge

10
    G:\BZALL\-BZCASES\DABNEY V. CITY OF HAYWARD\SUPPLEMENTAL PRETRIAL ORDER.wpd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2