UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DABNEY, et al., | ) | |
| Plaintiff(s), | ) | No.  C09-4116 BZ |
| v. | ) | |
| | ) | ORDER CONTINUING JURY TRIAL |
| CITY OF HAYWARD, et al., | ) | |
| Defendant(s). | ) | |

It is hereby ORDERED as follows:

1. The jury trial scheduled for February 14, 2011 is continued to May 23, 2011.

2. Defendant shall file a motion for summary judgment on the <u>Monell</u> claim by February 28, 2011.  Plaintiffs' opposition is due March 14, 2011.  The reply is due March 21, 2011.  The Court will schedule a hearing if necessary.

3. If both sides stipulate to waving the jury, a bench trial will begin Monday, February 14, 2011 at 8:30 a.m.  The stipulation must be filed by 2 p.m. today.

Dated: 2/11/2011

Bernard Zimmerman
United States Magistrate Judge

1