UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT DABNEY, et al., )
            )
    Plaintiff(s), )   No.  C09-4116 BZ
            )
    v.     )
            )   **BRIEFING ORDER**
CITY OF HAYWARD, et al., )
            )
    Defendant(s). )
_____)

**IT IS HEREBY ORDERED** that, if defendant opposes plaintiffs' motion for leave to amend, it shall file its opposition by **March 9, 2011**. Any reply shall be filed by March 16, 2011. The matter will be heard on **April 6, 2011**, at **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 22, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\DABNEY V. CITY OF HAYWARD\BRIEFING ORDER RE MOT TO AMEND.wpd

1