UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DABNEY, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CITY OF HAYWARD, et al., ) <br> ) <br> Defendant(s). ) <br> ) | No.  C09-4116 BZ <br><br> **FINAL JUDGMENT** |

The Court having granted defendant's motion for summary judgment on March 28, 2011, **IT IS HEREBY ORDERED** that plaintiffs recover nothing, the action be dismissed on the merits and defendant recover costs from plaintiffs.

Dated: March 28, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DABNEY V. CITY OF HAYWARD\JUDGMENT.wpd

1